AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|
| | McALLEN DIVISION | |

UNITED STATES OF AMERICA
V.
Ali Castro-Zurita

AKA: Wesley Quintanilla-Lopez

IAE    YOB:    1996
Mexico
*(Name and Address of Defendant)*

## CRIMINAL COMPLAINT

Case Number:    M-22-2237-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about __November 17, 2022__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*
the defendant being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Penitas, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Ali Castro-Zurita was encountered by Border Patrol Agents near Penitas, Texas on November 17, 2022. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on May 30, 2022, near Hidalgo, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on August 15, 2021, through Hidalgo, Texas. Prior to Deportation/Exclusion, the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.
On August 11, 2021, the defendant was convicted of 8 USC 1326, Illegal Re-Entry and sentenced to time served.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes  ☒ No

Complaint authorized by AUSA P. Warner
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

November 19, 2022    @ 8:21 a.m.

/s/    Shakira Singho
Signature of Complainant

Shakira Singho    Border Patrol Agent

Juan F. Alanis    , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer